**ORDER VACATED AND DELETED FROM COURT**

**RECORD PER ORDER ENTERED 3/16/2006,**

**ENTRY #35**